UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DENNIS GRAYSON #253538,

    Plaintiff,

v.                                                           Case No. 2:08-cv-177
                                                                   HON. R. ALLAN EDGAR

PATRICIA CARUSO, et. al.,

    Defendants.
_____/

## MEMORANDUM AND ORDER

      Plaintiff Dennis Grayson, a Michigan state prisoner in the custody of the Michigan Department of Corrections, brings this *pro se* civil rights action under 42 U.S.C. § 1983. On September 8, 2008, Magistrate Judge Timothy P. Greeley submitted his report and recommendation [Doc. No. 3] pursuant to 28 U.S.C. § 636(b)(1)(B) and W.D. Mich. LCivR 72.1(c). It is recommended that the plaintiff's complaint be dismissed pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1) and 42 U.S.C. § 1997e(c) for failure to state a claim upon which relief may be granted. Plaintiff has not timely filed a valid objection to the report and recommendation.

      After reviewing the record, the Court **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b), and W.D. Mich. LCivR 72.3(b). Accordingly, the plaintiff's complaint shall be **DISMISSED WITH PREJUDICE** on the ground that it fails to state a claim upon which relief may be granted.

The dismissal of this frivolous action shall count as a strike for purposes of enforcing the three-strikes rule provided in 28 U.S.C. § 1915(g).  For the same reasons that the Court dismisses this action as discussed in the report and recommendation, the Court will certify that there is no good faith basis for plaintiff Grayson to take an appeal from this decision.  28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(4)(B); *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

A separate judgment will enter.

SO ORDERED.

Date: November 3, 2008.

                              */s/ R. Allan Edgar*
                              R. ALLAN EDGAR
                     UNITED STATES DISTRICT JUDGE